**Slip Op. 06-2**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

EURODIF S.A., COMPAGNIE GÉNÉRALE
DES MATIÉRES NUCLÉAIRES, AND
COGEMA, INC., *ET AL.*,

         Plaintiffs,

      v.

UNITED STATES,

         Defendant.

Before: Pogue, Judge

Consol. Ct. No. 02-00219

### ORDER FOR REMAND

In accordance with the decisions of the United States Court of Appeals for the Federal Circuit in <u>Eurodif S.A. v. United States</u>, 411 F.3d 1355(Fed. Cir. 2005) ("<u>Eurodif I</u>")and <u>Eurodif S.A. v. United States</u>, 423 F.3d 1275(Fed. Cir. 2005) ("<u>Eurodif II</u>"), and upon consideration of the parties' filings herein, it is hereby:

**ORDERED** that the final determination and issuance of an antidumping duty order by the United States Department of Commerce ("Commerce") in <u>Low Enriched Uranium from France</u>, 66 Fed. Reg. 65,877 (Dep't Commerce Dec. 21, 2001)(notice of final affirmative antidumping duty determination) <u>as amended</u>, 66 Fed. Reg. 6680 (Dep't Commerce Feb. 13, 2002)(notice of amended final

determination of antidumping duty order), challenged in Consolidated Court No. 02-00219, is remanded to Commerce for action consistent with the decisions of the Court of Appeals for the Federal Circuit in Eurodif I and II.

**ORDERED** that Commerce upon remand shall revise such final determination and order in accordance with the decisions in Eurodif I and II. Commerce shall specifically explain how its final determination and order on remand has eliminated all SWU transactions as required by Eurodif I and II.

**ORDERED** that Commerce shall file its remand results in Consolidated Court No. 02-00219 with the Court, and serve the parties with same, by **March 3, 2006**. All parties may file and serve responses thereto by **March 17, 2006** thereafter. All parties may file and serve a reply to any responses by **March 31, 2006**; and it is further

**ORDERED** that all other action in Consolidated Court No. 02-00219 before this Court is stayed pending further notice from the Court.

 /s/ Donald C. Pogue
Donald C. Pogue, Judge

Dated:     January 5, 2006
           New York, New York